F. MATTHEW SMITH
Law Office of F. Matthew Smith, LLC
2nd Floor, UIU Building
P.O. Box 501127
San Jose, Saipan, MP 96950
Telephone No.: (670) 234-7455/234-7427
Facsimile No.: (670) 234-7256

Attorney for Defendant Jose C. Ayuyu.

**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| ROMEO P. NACAR,<br><br>    Plaintiff,<br>vs.<br><br>JOSE C. AYUYU, MARCIA AYUYU,<br>M & N COMPANY doing business as<br>RURIS APARTMENTS and SUSUPE<br>GARDEN APARTMENTS, and<br>MCDONALD'S RESTAURANTS OF<br>SAIPAN, INC., a CNMI Corporation,<br><br>    Defendants. | Case No. CV-05-0005<br><br>**PROOF OF SERVICE** |

Pursuant to 28 USC §1746, I, Shawn M. Davis, hereby declare under penalty of perjury that on the 9th day of September, 2005, at 4:10 p.m., I personally served true and correct copy of the ***Answers and Objections To First Request For Admissions From Defendant Jose C. Ayuyu*** and ***Objections To First Request For Production of Documents From Defendant Jose C. Ayuyu*** (signed on September 9, 2005) on Mark B. Hanson, Attorney for Plaintiff, by serving it on Renee M. Celis, secretary at the Law Office of Mark B. Hanson, Ground Floor, Macaranas Building, Garapan, Saipan.



Executed this 12th day of September, 2005, on Saipan, Commonwealth of the Northern Mariana Islands.

_____
Shawn M. Davis