FILED
Clerk
District Court

SEP 21 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

F. MATTHEW SMITH
Law Office of F. Matthew Smith, LLC
2nd Floor, UIU Building
P.O. Box 501127
San Jose, Saipan, MP 96950
Telephone No.: (670) 234-7455/234-7427
Facsimile No.: (670) 234-7256

Attorney for Defendant Jose C. Ayuyu.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROMEO P. NACAR,<br><br>   Plaintiff,<br>vs.<br><br>JOSE C. AYUYU, MARCIA AYUYU,<br>M & N COMPANY doing business as<br>RURIS APARTMENTS and SUSUPE<br>GARDEN APARTMENTS, and<br>MCDONALD'S RESTAURANTS OF<br>SAIPAN, INC., a CNMI Corporation,<br><br>   Defendants. | Case No. CV-05-0005<br><br>**PROOF OF SERVICE** |

Pursuant to 28 USC §1746, I, Judi C. Fujihira, hereby declare under penalty of perjury that on the 19th day of September, 2005, at 3:20 p.m., I personally served a true and correct copy of the ***Second Amended Notice of Deposition of Romeo P. Nacar*** (filed on September 19, 2005) on Mark B. Hanson, Attorney for Plaintiff, by serving it on Jaime Saiki, at the District Court Clerk's Office, Second Floor, Horiguchi Building, Garapan, Saipan.

Executed this 20th day of September, 2005, on Saipan, Commonwealth of the Northern Mariana Islands.

                 _____
                 Judi C. Fujihira