FILED
Clerk
District Court

SEP 21 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

F. MATTHEW SMITH
Law Office of F. Matthew Smith, LLC
2nd Floor, UIU Building
P.O. Box 501127
San Jose, Saipan, MP 96950
Telephone No.: (670) 234-7455/234-7427
Facsimile No.: (670) 234-7256

Attorney for Defendant Jose C. Ayuyu.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROMEO P. NACAR, | Case No. CV-05-0005 |
| Plaintiff, | **THIRD AMENDED NOTICE OF** |
| vs. | **DEPOSITION OF ROMEO P. NACAR** |
| JOSE C. AYUYU, MARCIA AYUYU, M & N COMPANY doing business as RURIS APARTMENTS and SUSUPE GARDEN APARTMENTS, and MCDONALD'S RESTAURANTS OF SAIPAN, INC., a CNMI corporation, | Date: September 27, 2005<br>Time: 9:00 a.m.<br>Place: Law Office of F. Matthew Smith, LLC |
| Defendants. | |

**To:   ROMEO P. NACAR**
     **c/o Mark B. Hanson**
     **Saipan, MP 96950**

PLEASE TAKE NOTICE that pursuant to Rule 30(b) of the Federal Rules of Civil Procedure, Defendant Jose C. Ayuyu will take your deposition, before an officer authorized to administer oaths, on <u>Tuesday, September 27, 2005 at 9:00 a.m., at the Law Office of F. Matthew Smith</u>, Second Floor, UIU Building, San Jose, Saipan, Northern Mariana Islands. The deposition shall continue from day to day until completed, shall be recorded by electronic tape recording, and may be used at trial.



Dated this \_\_\_21\_\_\_ day of September, 2005.

                                                E. MATTHEW SMITH
                                                Attorney for Defendant Jose C. Ayuyu