FILED
Clerk
District Court

SEP 22 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

MARK B. HANSON, ESQ.
First Floor, Macaranas Building
Beach Road, Garapan
PMB 738 P.O. Box 10,000
Saipan, Mariana Islands 96950
Telephone:   (670) 233-8600
Facsimile:    (670) 233-5262

Attorney for Plaintiff Romeo Nacar

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROMEO P. NACAR,<br><br>        Plaintiff,<br><br>vs.<br><br>JOSE C. AYUYU, MARCIA AYUYU, M&N COMPANY and MCDONALD'S RESTAURANTS OF SAIPAN, INC., a CNMI corporation,<br><br>        Defendants. | CASE NO. CV 05-0005<br><br>PLAINTIFF'S SUPPLEMENTAL DISCLOSURES PURSUANT TO RULE 26(a)(1) |

COMES NOW, Plaintiff ROMEO P. NACAR, by and through his attorney, pursuant to Fed. R. Civ. P. 26(a)(1) and LR 16.2CJ(d), with the following supplemental disclosures: Attached hereto is a corrected copy of Plaintiff's Calculation of Damages. The first calculation contained incorrect totals for columns "B" through "I" thereof.

Respectfully submitted this 21st day of September, 2005.

_____
MARK B. HANSON

First Floor, Macaranas Building
Beach Road, Garapan
PMB 738, P.O. Box 10,000
Saipan, MP 96950
Telephone:   (670) 233-8600
Facsimile:    (670) 233-5262

Attorney for Plaintiff ROMEO P. NACAR

## NACAR ROMEO CALCULATION OF DAMAGES
(January 10, 2001 to December 31, 2004)

| PPE | Reg Hours (Job 1) | OT Hours (Job 1) | OT Hours (Job 2) | OT Hours (Job 3) | Wages Owed (Job 1) | Wages Owed (Job 2) | Wages Owed (Job 3) | Total Wages Owed | Wages Paid (Job 1) | Wages Paid (Job 2) | Wages Paid (Job 3) | Total Wages Paid | Total Wages Due | LDs | Total Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/14/01 | 40 | 5 | 26.0 | 0 | 144.90 | 126.88 | 0.00 | 271.78 | 115.38 | 75.00 | 0.00 | 190.38 | 81.40 | 81.40 | 162.80 |
| 1/28/01 | 80 | 46 | 65 | 0 | 454.68 | 317.20 | 0.00 | 771.88 | 115.38 | 195.00 | 0.00 | 310.38 | 461.50 | 461.50 | 923.00 |
| 2/11/01 | 80 | 46 | 65 | 0 | 454.68 | 317.20 | 0.00 | 771.88 | 115.38 | 195.00 | 0.00 | 310.38 | 461.50 | 461.50 | 923.00 |
| 2/25/01 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 115.38 | 195.00 | 0.00 | 310.38 | 871.42 | 871.42 | 1742.84 |
| 3/11/01 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 115.38 | 195.00 | 0.00 | 310.38 | 871.42 | 871.42 | 1742.84 |
| 3/25/01 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 115.38 | 195.00 | 0.00 | 310.38 | 871.42 | 871.42 | 1742.84 |
| 4/8/01 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 115.38 | 195.00 | 0.00 | 310.38 | 871.42 | 871.42 | 1742.84 |
| 4/22/01 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 115.38 | 195.00 | 0.00 | 310.38 | 871.42 | 871.42 | 1742.84 |
| 5/6/01 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 115.38 | 195.00 | 0.00 | 310.38 | 871.42 | 871.42 | 1742.84 |
| 5/20/01 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 115.38 | 195.00 | 0.00 | 310.38 | 871.42 | 871.42 | 1742.84 |
| 6/3/01 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 115.38 | 195.00 | 0.00 | 310.38 | 871.42 | 871.42 | 1742.84 |
| 6/17/01 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 115.38 | 195.00 | 0.00 | 310.38 | 871.42 | 871.42 | 1742.84 |
| 7/1/01 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 115.38 | 195.00 | 0.00 | 310.38 | 871.42 | 871.42 | 1742.84 |
| 7/15/01 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 115.38 | 195.00 | 0.00 | 310.38 | 871.42 | 871.42 | 1742.84 |

## NACAR ROMEO CALCULATION OF DAMAGES
(January 10, 2001 to December 31, 2004)

| PPE | Reg Hours (Job 1) | OT Hours (Job 1) | OT Hours (Job 2) | OT Hours (Job 3) | Wages Owed (Job 1) | Wages Owed (Job 2) | Wages Owed (Job 3) | Total Wages Owed | Wages Paid (Job 1) | Wages Paid (Job 2) | Wages Paid (Job 3) | Total Wages Paid | Total Wages Due | LDs | Total Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/29/01 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 115.38 | 195.00 | 0.00 | 310.38 | 871.42 | 871.42 | 1742.84 |
| 8/12/01 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 115.38 | 195.00 | 0.00 | 310.38 | 871.42 | 871.42 | 1742.84 |
| 8/26/01 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 115.38 | 195.00 | 0.00 | 310.38 | 871.42 | 871.42 | 1742.84 |
| 9/9/01 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 115.38 | 195.00 | 0.00 | 310.38 | 871.42 | 871.42 | 1742.84 |
| 9/23/01 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 115.38 | 195.00 | 0.00 | 310.38 | 871.42 | 871.42 | 1742.84 |
| 10/7/01 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 115.38 | 195.00 | 0.00 | 310.38 | 871.42 | 871.42 | 1742.84 |
| 10/21/01 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 115.38 | 195.00 | 0.00 | 310.38 | 871.42 | 871.42 | 1742.84 |
| 11/4/01 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 115.38 | 195.00 | 0.00 | 310.38 | 871.42 | 871.42 | 1742.84 |
| 11/18/01 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 115.38 | 195.00 | 0.00 | 310.38 | 871.42 | 871.42 | 1742.84 |
| 12/02/01 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 115.38 | 195.00 | 0.00 | 310.38 | 871.42 | 871.42 | 1742.84 |
| 12/16/01 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 115.38 | 195.00 | 0.00 | 310.38 | 871.42 | 871.42 | 1742.84 |
| 12/30/01 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 115.38 | 195.00 | 0.00 | 310.38 | 871.42 | 871.42 | 1742.84 |
| 1/13/02 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 115.38 | 195.00 | 0.00 | 310.38 | 871.42 | 871.42 | 1742.84 |
| 1/27/02 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 115.38 | 195.00 | 0.00 | 310.38 | 871.42 | 871.42 | 1742.84 |

## NACAR ROMEO CALCULATION OF DAMAGES
(January 10, 2001 to December 31, 2004)

| PPE | Reg Hours (Job 1) | OT Hours (Job 1) | OT Hours (Job 2) | OT Hours (Job 3) | Wages Owed (Job 1) | Wages Owed (Job 2) | Wages Owed (Job 3) | Total Wages Owed | Wages Paid (Job 1) | Wages Paid (Job 2) | Wages Paid (Job 3) | Total Wages Paid | Total Wages Due | LDs | Total Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/10/02 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 115.38 | 195.00 | 0.00 | 310.38 | 871.42 | 871.42 | 1742.84 |
| 2/24/02 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 115.38 | 195.00 | 0.00 | 310.38 | 871.42 | 871.42 | 1742.84 |
| 3/10/02 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 115.38 | 195.00 | 0.00 | 310.38 | 871.42 | 871.42 | 1742.84 |
| 3/24/02 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 115.38 | 195.00 | 0.00 | 310.38 | 871.42 | 871.42 | 1742.84 |
| 4/7/02 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 115.38 | 195.00 | 0.00 | 310.38 | 871.42 | 871.42 | 1742.84 |
| 4/21/02 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 115.38 | 195.00 | 0.00 | 310.38 | 871.42 | 871.42 | 1742.84 |
| 5/5/02 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 115.38 | 195.00 | 0.00 | 310.38 | 871.42 | 871.42 | 1742.84 |
| 5/19/02 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 115.38 | 195.00 | 0.00 | 310.38 | 871.42 | 871.42 | 1742.84 |
| 6/2/02 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 115.38 | 195.00 | 0.00 | 310.38 | 871.42 | 871.42 | 1742.84 |
| 6/16/02 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 115.38 | 195.00 | 0.00 | 310.38 | 871.42 | 871.42 | 1742.84 |
| 6/30/02 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 115.38 | 195.00 | 0.00 | 310.38 | 871.42 | 871.42 | 1742.84 |
| 7/14/02 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 115.38 | 195.00 | 0.00 | 310.38 | 871.42 | 871.42 | 1742.84 |
| 7/28/02 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 115.38 | 195.00 | 0.00 | 310.38 | 871.42 | 871.42 | 1742.84 |
| 8/11/02 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 115.38 | 195.00 | 0.00 | 310.38 | 871.42 | 871.42 | 1742.84 |

# NACAR ROMEO CALCULATION OF DAMAGES
(January 10, 2001 to December 31, 2004)

| PPE | Reg Hours (Job 1) | OT Hours (Job 1) | OT Hours (Job 2) | OT Hours (Job 3) | Wages Owed (Job 1) | Wages Owed (Job 2) | Wages Owed (Job 3) | Total Wages Owed | Wages Paid (Job 1) | Wages Paid (Job 2) | Wages Paid (Job 3) | Total Wages Paid | Total Wages Due | LDs | Total Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/25/02 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 115.38 | 195.00 | 0.00 | 310.38 | 871.42 | 871.42 | 1742.84 |
| 9/8/02 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 115.38 | 195.00 | 0.00 | 310.38 | 871.42 | 871.42 | 1742.84 |
| 9/22/02 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 115.38 | 195.00 | 0.00 | 310.38 | 871.42 | 871.42 | 1742.84 |
| 10/6/02 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 115.38 | 195.00 | 0.00 | 310.38 | 871.42 | 871.42 | 1742.84 |
| 10/20/02 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 115.38 | 195.00 | 0.00 | 310.38 | 871.42 | 871.42 | 1742.84 |
| 11/03/02 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 115.38 | 195.00 | 0.00 | 310.38 | 871.42 | 871.42 | 1742.84 |
| 11/17/02 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 115.38 | 195.00 | 0.00 | 310.38 | 871.42 | 871.42 | 1742.84 |
| 12/1/02 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 115.38 | 195.00 | 0.00 | 310.38 | 871.42 | 871.42 | 1742.84 |
| 12/15/02 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 115.38 | 195.00 | 0.00 | 310.38 | 871.42 | 871.42 | 1742.84 |
| 12/29/02 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 115.38 | 195.00 | 0.00 | 310.38 | 871.42 | 871.42 | 1742.84 |
| 1/12/03 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 138.46 | 195.00 | 0.00 | 333.46 | 848.34 | 848.34 | 1696.68 |
| 1/26/03 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 138.46 | 195.00 | 0.00 | 333.46 | 848.34 | 848.34 | 1696.68 |
| 2/9/03 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 138.46 | 195.00 | 0.00 | 333.46 | 848.34 | 848.34 | 1696.68 |
| 2/23/03 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 138.46 | 195.00 | 0.00 | 333.46 | 848.34 | 848.34 | 1696.68 |

# NACAR ROMEO CALCULATION OF DAMAGES
(January 10, 2001 to December 31, 2004)

| PPE | Reg Hours (Job 1) | OT Hours (Job 1) | OT Hours (Job 2) | OT Hours (Job 3) | Wages Owed (Job 1) | Wages Owed (Job 2) | Wages Owed (Job 3) | Total Wages Owed | Wages Paid (Job 1) | Wages Paid (Job 2) | Wages Paid (Job 3) | Total Wages Paid | Total Wages Due | LDs | Total Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/9/03 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 138.46 | 195.00 | 0.00 | 333.46 | 848.34 | 848.34 | 1696.68 |
| 3/23/03 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 138.46 | 195.00 | 0.00 | 333.46 | 848.34 | 848.34 | 1696.68 |
| 4/6/03 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 138.46 | 195.00 | 0.00 | 333.46 | 848.34 | 848.34 | 1696.68 |
| 4/20/03 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 138.46 | 195.00 | 0.00 | 333.46 | 848.34 | 848.34 | 1696.68 |
| 5/4/03 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 138.46 | 195.00 | 0.00 | 333.46 | 848.34 | 848.34 | 1696.68 |
| 5/18/03 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 138.46 | 195.00 | 0.00 | 333.46 | 848.34 | 848.34 | 1696.68 |
| 6/1/03 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 138.46 | 195.00 | 0.00 | 333.46 | 848.34 | 848.34 | 1696.68 |
| 6/15/03 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 138.46 | 195.00 | 0.00 | 333.46 | 848.34 | 848.34 | 1696.68 |
| 6/29/03 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 138.46 | 195.00 | 0.00 | 333.46 | 848.34 | 848.34 | 1696.68 |
| 7/13/03 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 138.46 | 195.00 | 0.00 | 333.46 | 848.34 | 848.34 | 1696.68 |
| 7/27/03 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 138.46 | 195.00 | 0.00 | 333.46 | 848.34 | 848.34 | 1696.68 |
| 8/10/03 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 138.46 | 195.00 | 0.00 | 333.46 | 848.34 | 848.34 | 1696.68 |
| 8/24/03 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 138.46 | 195.00 | 0.00 | 333.46 | 848.34 | 848.34 | 1696.68 |
| 9/7/03 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 138.46 | 195.00 | 0.00 | 333.46 | 848.34 | 848.34 | 1696.68 |

# NACAR ROMEO CALCULATION OF DAMAGES
(January 10, 2001 to December 31, 2004)

| PPE | Reg Hours (Job 1) | OT Hours (Job 1) | OT Hours (Job 2) | OT Hours (Job 3) | Wages Owed (Job 1) | Wages Owed (Job 2) | Wages Owed (Job 3) | Total Wages Owed | Wages Paid (Job 1) | Wages Paid (Job 2) | Wages Paid (Job 3) | Total Wages Paid | Total Wages Due | LDs | Total Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/21/03 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 138.46 | 195.00 | 0.00 | 333.46 | 848.34 | 848.34 | 1696.68 |
| 10/5/03 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 138.46 | 195.00 | 0.00 | 333.46 | 848.34 | 848.34 | 1696.68 |
| 10/19/03 | 40 | 0 | 22 | 24 | 122.00 | 107.36 | 117.12 | 346.48 | 69.23 | 75.00 | 0.00 | 144.23 | 202.25 | 202.25 | 404.50 |
| 11/2/03 | vac | vac | vac | vac | vac | 0.00 | 0.00 | vac | vac | vac | vac | 0.00 | 0.00 | 0.00 | 0.00 |
| 11/16/03 | 40 | 5 | 26.0 | 30 | 144.90 | 126.88 | 146.40 | 418.18 | 69.23 | 100.00 | 0.00 | 169.23 | 248.95 | 248.95 | 497.90 |
| 11/30/03 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 138.46 | 195.00 | 0.00 | 333.46 | 848.34 | 848.34 | 1696.68 |
| 12/14/03 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 138.46 | 195.00 | 0.00 | 333.46 | 848.34 | 848.34 | 1696.68 |
| 12/28/03 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 138.46 | 195.00 | 0.00 | 333.46 | 848.34 | 848.34 | 1696.68 |
| 1/11/04 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 138.46 | 195.00 | 0.00 | 333.46 | 848.34 | 848.34 | 1696.68 |
| 1/25/04 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 138.46 | 195.00 | 0.00 | 333.46 | 848.34 | 848.34 | 1696.68 |
| 2/8/04 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 138.46 | 195.00 | 0.00 | 333.46 | 848.34 | 848.34 | 1696.68 |
| 2/22/04 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 138.46 | 195.00 | 0.00 | 333.46 | 848.34 | 848.34 | 1696.68 |
| 3/7/04 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 138.46 | 195.00 | 0.00 | 333.46 | 848.34 | 848.34 | 1696.68 |
| 3/21/04 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 138.46 | 195.00 | 0.00 | 333.46 | 848.34 | 848.34 | 1696.68 |

## NACAR ROMEO CALCULATION OF DAMAGES
(January 10, 2001 to December 31, 2004)

| PPE | Reg Hours (Job 1) | OT Hours (Job 1) | OT Hours (Job 2) | OT Hours (Job 3) | Wages Owed (Job 1) | Wages Owed (Job 2) | Wages Owed (Job 3) | Total Wages Owed | Wages Paid (Job 1) | Wages Paid (Job 2) | Wages Paid (Job 3) | Total Wages Paid | Total Wages Due | LDs | Total Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/4/04 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 138.46 | 195.00 | 0.00 | 333.46 | 848.34 | 848.34 | 1696.68 |
| 4/18/04 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 138.46 | 195.00 | 0.00 | 333.46 | 848.34 | 848.34 | 1696.68 |
| 5/2/04 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 138.46 | 195.00 | 0.00 | 333.46 | 848.34 | 848.34 | 1696.68 |
| 5/16/04 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 138.46 | 195.00 | 0.00 | 333.46 | 848.34 | 848.34 | 1696.68 |
| 5/30/04 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 138.46 | 195.00 | 0.00 | 333.46 | 848.34 | 848.34 | 1696.68 |
| 6/13/04 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 138.46 | 195.00 | 0.00 | 333.46 | 848.34 | 848.34 | 1696.68 |
| 6/27/04 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 138.46 | 195.00 | 0.00 | 333.46 | 848.34 | 848.34 | 1696.68 |
| 7/11/04 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 138.46 | 195.00 | 0.00 | 333.46 | 848.34 | 848.34 | 1696.68 |
| 7/25/04 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 138.46 | 195.00 | 0.00 | 333.46 | 848.34 | 848.34 | 1696.68 |
| 8/8/04 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 138.46 | 195.00 | 0.00 | 333.46 | 848.34 | 848.34 | 1696.68 |
| 8/22/04 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 138.46 | 195.00 | 0.00 | 333.46 | 848.34 | 848.34 | 1696.68 |
| 9/5/04 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 138.46 | 195.00 | 0.00 | 333.46 | 848.34 | 848.34 | 1696.68 |
| 9/19/04 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 138.46 | 195.00 | 0.00 | 333.46 | 848.34 | 848.34 | 1696.68 |
| 10/3/04 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 138.46 | 195.00 | 0.00 | 333.46 | 848.34 | 848.34 | 1696.68 |
| 10/17/04 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 138.46 | 195.00 | 0.00 | 333.46 | 848.34 | 848.34 | 1696.68 |

## NACAR ROMEO CALCULATION OF DAMAGES
(January 10, 2001 to December 31, 2004)

| PPE | Reg Hours (Job 1) | OT Hours (Job 1) | OT Hours (Job 2) | OT Hours (Job 3) | Wages Owed (Job 1) | Wages Owed (Job 2) | Wages Owed (Job 3) | Total Wages Owed | Wages Paid (Job 1) | Wages Paid (Job 2) | Wages Paid (Job 3) | Total Wages Paid | Total Wages Due | LDs | Total Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/31/04 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 138.46 | 195.00 | 0.00 | 333.46 | 848.34 | 848.34 | 1696.68 |
| 11/14/04 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 138.46 | 195.00 | 0.00 | 333.46 | 848.34 | 848.34 | 1696.68 |
| 11/28/04 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 138.46 | 195.00 | 0.00 | 333.46 | 848.34 | 848.34 | 1696.68 |
| 12/12/04 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 138.46 | 195.00 | 0.00 | 333.46 | 848.34 | 848.34 | 1696.68 |
| 12/26/04 | 80 | 46 | 65 | 84 | 454.68 | 317.20 | 409.92 | 1181.80 | 138.46 | 100.00 | 0.00 | 238.46 | 943.34 | 943.34 | 1886.68 |
| 1/9/05 | 40 | 5 | 26.0 | 30 | 144.90 | 126.88 | 146.40 | 418.18 | n/a | 0.00 | 0.00 | 0.00 | 418.18 | 418.18 | 836.36 |
|  | 8,160 | 4,615 | 6,600 | 8,316 | 46,025 | 32,208 | 40,582 | 118,815 | 12,923 | 19,655 | 0 | 32,578 | 86,237 | 86,237 | 172,474 |

Notes:  Job 1:  10.5 hours per day/6 days per week — base wage is 3.05 per hour — paid $300.00 per month converted to $69.23 per week
Job 2:  6.5 hours per day/5 days per week — base wage is 3.25 per hour — paid $3.25 per hour for 6 hours per day
Job 3:  6.0 hours per day/7 days per week — base wage is 3.25 per hour — not paid for this time