Clerk
District Court

SEP 2 6 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

BRUCE L. MAILMAN
CNMI BAR ASSN #F0153
WHITE, MAILMAN & NUTTING
P.O. Box 5222 CHRB
Saipan, MP 96950-5222
Telephone:  234-6547
Facsimile:  234-9537

ATTORNEYS FOR DEFENDANT
MCDONALD'S RESTAURANTS OF SAIPAN, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROMEO P. NACAR, | ) CASE NO. CV-05-0005 |
| Plaintiff, | ) |
| -v- | ) **SUBSTITUTION OF COUNSEL** |
| JOSE C. AYUYU, ET. AL., | ) |
| Defendants. | ) |

McDonald's Restaurants of Saipan, Inc., by and through Todd O. Tucker, its authorized representative, the plaintiff in the above-captioned case, hereby substitutes Bruce L. Mailman of the law firm of Mailman & Kara, LLC as the attorney of record for plaintiff in the above-captioned action, in the place and stead of the former law firm of White, Mailman & Nutting nka White & Nutting, LLC.

DATED: September 1, 2005.  MCDONALD'S RESTAURANTS OF SAIPAN, INC.

By: Todd O. Tucker
Its Authorized Representative

I agree to the above substitution, and hereby withdraw as attorney of record for McDonald's Restaurants of Saipan, Inc. in the above-captioned actions.

DATED: September 26, 2005.        WHITE & NUTTING, LLC

_____
STEPHEN J. NUTTING, Former Attorney for
LPP MORTGAGE, LTD.

I accept the above substitution as attorney for McDonald's Restaurants of Saipan, Inc., in the above-captioned action.

DATED: September 26, 2005.        MAILMAN & KARA, LLC

_____
BRUCE L. MAILMAN