BRUCE L. MAILMAN
CNMI BAR ASSN #F0153
MAILMAN & KARA, LLC
PMB 238, BOX 10,000
Saipan, MP 96950-8900
Telephone:    233-0081
Facsimile:    233-0090

ATTORNEYS FOR DEFENDANT
MCDONALD'S RESTAURANTS OF SAIPAN, INC.

FILED
Clerk
District Court

SEP 28 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROMEO P. NACAR,<br><br>        Plaintiff,<br>-v-<br><br>JOSE C. AYUYU, ET. AL.,<br><br>        Defendants. | ) CASE NO. CV-05-0005<br>)<br>)<br>) **ERRATUM TO**<br>) **SUBSTITUTION OF COUNSEL**<br>)<br>)<br>)<br>)<br>) |

COMES NOW defendant McDonald's Restaurants of Saipan, Inc., by and through its counsel of record, Bruce L. Mailman of Mailman & Kara, LLC, and submits to this Honorable Court its erratum to the substitution of attorney filed on September 26, 2005, whereby defendant McDonald's Restaurant of Saipan, Inc. was misidentified as the plaintiff in the above-captioned case.

DATED: September 26, 2005.                    Respectfully submitted

                                                      MAILMAN & KARA, LLC

                                                      _____
                                                      BRUCE L. MAILMAN, Attorney for Defendant
                                                      MCDONALD'S RESTAURANTS OF SAIPAN, INC.