F I L E D
Clerk
District Court

SEP 3 0 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

F. MATTHEW SMITH
Law Office of F. Matthew Smith, LLC
2nd Floor, UIU Building
P.O. Box 501127
San Jose, Saipan, MP 96950
Telephone No.: (670) 234-7455/234-7427
Facsimile No.: (670) 234-7256

Attorney for Defendant Jose C. Ayuyu.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| ROMEO P. NACAR, | ] | Case No. CV-05-0005 |
| | ] | |
| Plaintiff, | ] | |
| vs. | ] | |
| | ] | **PROOF OF SERVICE** |
| JOSE C. AYUYU, MARCIA AYUYU, | ] | |
| M & N COMPANY doing business as | ] | |
| RURIS APARTMENTS and SUSUPE | ] | |
| GARDEN APARTMENTS, and | ] | |
| MCDONALD'S RESTAURANTS OF | ] | |
| SAIPAN, INC., a CNMI Corporation, | ] | |
| | ] | |
| Defendants. | ] | |
| | ] | |

Pursuant to 28 USC §1746, I, Judi C. Fujihira, hereby declare under penalty of perjury that

on the 21st day of September, 2005, at 3:15 p.m., I personally served a true and correct copy of the

***Third Amended Notice of Deposition of Romeo P. Nacar*** (filed on September 21, 2005) on Mark

B. Hanson, Attorney for Plaintiff, by serving it on Renee M. Celis, at the Law Office of William M.

Fitzgerald, Ground Floor, Macaranas Building, Garapan, Saipan.

Executed this 28th day of September, 2005, on Saipan, Commonwealth of the Northern

Mariana Islands.

_____
Judi C. Fujihira

# ORIGINAL