F. MATTHEW SMITH
Law Office of F. Matthew Smith, LLC
2nd Floor, UIU Building
P.O. Box 501127
San Jose, Saipan, MP 96950
Telephone No.: (670) 234-7455/234-7427
Facsimile No.: (670) 234-7256

F I L E D
Clerk
District Court

OCT 1 2 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Attorney for Defendant Jose C. Ayuyu.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROMEO P. NACAR,<br><br>           Plaintiff,<br>vs.<br><br>JOSE C. AYUYU, MARCIA AYUYU, M & N COMPANY doing business as RURIS APARTMENTS and SUSUPE GARDEN APARTMENTS, and MCDONALD'S RESTAURANTS OF SAIPAN, INC., a CNMI corporation,<br><br>           Defendants. | Case No. CV-05-0005<br><br>**DEFENDANTS' SUPPLEMENTAL DISCLOSURES** |

Pursuant to Fed.R.Civ.P. 26(e)(1), Defendants hereby supplement their initial disclosures:

**Additional Persons Likely to Have Discoverable Information**

1. Ronald De Ramos, husband of Yolanda De Ramos (the houseworker for Jose C. & Marcia Ayuyu)

2. Narciso Pineda Narciso, maintenance manager for apartments

3. Vilma Nacar, wife of Romeo Nacar

Defendants continue to reserve the right to amend and supplement this list in accordance with Fed.R.Civ.P. 26(e) as formal discovery commences and further information is uncovered. Further,

*Defendants' Supplemental Disclosures-Page 1 of 2*

**ORIGINAL**

this list does not include impeachment witnesses.

Respectfully submitted this _____10-11-05_____.


_____
E. MATTHEW SMITH
Attorney for Defendant Jose C. Ayuyu