F. MATTHEW SMITH
Law Office of F. Matthew Smith, LLC
2nd Floor, UIU Building
P.O. Box 501127
San Jose, Saipan, MP 96950
Telephone No.: (670) 234-7455/234-7427
Facsimile No.: (670) 234-7256

F I L E D
Clerk
District Court

OCT 1 2 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Attorney for Defendant Jose C. Ayuyu.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROMEO P. NACAR,<br><br>        Plaintiff,<br>vs.<br><br>JOSE C. AYUYU, MARCIA AYUYU,<br>M & N COMPANY doing business as<br>RURIS APARTMENTS and SUSUPE<br>GARDEN APARTMENTS, and<br>MCDONALD'S RESTAURANTS OF<br>SAIPAN, INC., a CNMI corporation,<br><br>        Defendants. | Case No. CV-05-0005<br><br>NOTICE OF DEPOSITION<br>OF MARIE/MARY MANLAPAS<br><br><br>Date:  October 25, 2005<br>Time:  10:00 a.m.<br>Place: Law Office of F. Matthew Smith, LLC |

To:   **MARIE / MARY MANLAPAS**
      **Rabago Compound, Chalan Kanoa**
      **Saipan, MP 96950**
      **Telephone No. (670) 234-1223**

PLEASE TAKE NOTICE that pursuant to Rule 30(b) of the Federal Rules of Civil Procedure, Defendant Jose C. Ayuyu will take your deposition, before an officer authorized to administer oaths, on <u>Tuesday, October 25, 2005 at 10:00 a.m., at the Law Office of F. Matthew Smith</u>, Second Floor, UIU Building, San Jose, Saipan, Northern Mariana Islands. The deposition shall continue from day to day until completed, and shall be recorded by sound and video equipment and may be used at trial.

Dated this ___11th___ day of October, 2005.

                                     F. MATTHEW SMITH
                                     Attorney for Defendant Jose C. Ayuyu

**ORIGINAL**