AO 440 (Rev. 8/01) Summons in a Civil Action

FILED
Clerk
District Court

OCT 13 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

ROMEO P. NACAR,

Plaintiff,

V.

JOSE C. AYUYU, MARCIA AYUYU, M&N COMPANY, J.C.A. INC., a CNMI corporation, RJ CORPORATION a CNMI corporation and MCDONALD'S RESTAURANTS OF SAIPAN, INC., a CNMI corporation,

Defendants.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: CV 05-0005

TO: (Name and address of Defendant)

RJ CORPORATION
Koblerville
P.O Box 500575
Saipan, Mariana Islands 96950

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark B. Hanson, Esq.
First Floor, Macaranas Building
Beach Road, Garapan
PMB 738, P.O. Box 10,000
Saipan, Mariana Islands 96950
(670) 233-8600
(670) 233-5262

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

GALO L. PEREZ                                     October 12, 2005
CLERK                                             DATE

_____
(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE October 12, 2005 | 2:45 p.m. |
| NAME OF SERVER (PRflVT) Rowena J. De Vera | TITLE Administrative Asst. | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):   Served at Defendant's attorney F. Matthew Smith, Esq. accepting service for defendant.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   10/12/05
                Date                Signature of Server

PMB 738, Box 10,000, SAIPAN, MP 96950
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.