F. MATTHEW SMITH
Law Office of F. Matthew Smith, LLC
2nd Floor, UIU Building
P.O. Box 501127
San Jose, Saipan, MP 96950
Telephone No.: (670) 234-7455/234-7427
Facsimile No.: (670) 234-7256

Attorney for Defendant Jose C. Ayuyu.

FILED
Clerk
District Court

OCT 13 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROMEO P. NACAR,<br><br>        Plaintiff,<br>vs.<br><br>JOSE C. AYUYU, MARCIA AYUYU,<br>M & N COMPANY doing business as<br>RURIS APARTMENTS and SUSUPE<br>GARDEN APARTMENTS, and<br>MCDONALD'S RESTAURANTS OF<br>SAIPAN, INC., a CNMI Corporation,<br><br>        Defendants. | Case No. CV-05-0005<br><br>**PROOF OF SERVICE** |

Pursuant to 28 USC §1746, I, Judi C. Fujihira, hereby declare under penalty of perjury that on the 12th day of October, 2005, at 3:00 p.m., I personally served a true and correct copy of the ***Defendants' Supplemental Disclosures*** and the ***Notice of Deposition of Marie/Mary Manlapas*** (filed on October 12, 2005) on Mark B. Hanson, Attorney for Plaintiff, by serving it on Raena M. Celis, at the Law Office of William M. Fitzgerald, Ground Floor, Macaranas Building, Garapan, Saipan.

Executed this 13th day of October, 2005, on Saipan, Commonwealth of the Northern Mariana Islands.

_____
Judi C. Fujihira