```
 1  MARK B. HANSON, ESQ.
    First Floor, Macaranas Building
 2  Beach Road, Garapan
    PMB 738, P.O. Box 10,000
 3  Saipan, Mariana Islands 96950
    Telephone:  (670) 233-8600
 4  Facsimile:  (670) 233-5262

 5  Attorney for Plaintiff Romeo P. Nacar
```

FILED
Clerk
District Court

OCT 21 2005

For The Northern Mariana Islands
By_____
       (Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROMEO P. NACAR<br><br>Plaintiff,<br><br>vs.<br><br>JOSE C. AYUYU, MARCIA AYUYU, M & N COMPANY doing business as RURIS APARTMENTS and SUSUPE GARDEN APARTMENTS, and McDONALD's RESTAURANTS OF SAIPAN, INC. a CNMI corporation<br><br>Defendants. | CASE NO. CV 05-0019<br><br>PROOF OF SERVICE |

I, Rowena J. De Vera, hereby declare under the penalty of perjury that I am over 18 years of age and not a party to this action, and that on the 12th day of October, 2005, at the time and in the manner indicated below, I served a true and correct copy of the following documents:

1. SECOND AMENDED VERIFIED COMPLAINT FOR VIOLATIONS OF THE FAIR LABOR STANDARDS ACT AND SUPPLEMENTAL STATE LAW CLAIMS.

<u>Served Via Hand Delivery:</u>

1. **F. MATTHEW SMITH, ESQ.**
   at 2.45 p.m. at its office in
   Second Floor. UIU Bldg, San Jose
   Saipan, Mariana Islands 96950

2. **BRUCE MAILMAN, ESQ.**
   at 3:00 p.m. at its office in
   Second Floor. Tan Marikita Bldg.
   Beach Road, Garapan
   Saipan, Mariana Islands 96950

_____
Rowena J. De Vera