F I L E D
Clerk
District Court

OCT 2 5 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

F. MATTHEW SMITH
Law Office of F. Matthew Smith, LLC
2nd Floor, UIU Building
P.O. Box 501127
San Jose, Saipan, MP 96950
Telephone No.: (670) 234-7455/234-7427
Facsimile No.: (670) 234-7256

Attorney for Defendant Jose C. Ayuyu.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROMEO P. NACAR, | Case No. CV-05-0005 |
| Plaintiff, | |
| vs. | **PROOF OF SERVICE** |
| JOSE C. AYUYU, MARCIA AYUYU, M & N COMPANY doing business as RURIS APARTMENTS and SUSUPE GARDEN APARTMENTS, and MCDONALD'S RESTAURANTS OF SAIPAN, INC., a CNMI Corporation, | |
| Defendants. | |

Pursuant to 28 USC §1746, I, Judi C. Fujihira, hereby declare under penalty of perjury that on the 24th day of October, 2005, at 2:31 p.m., I personally served a true and correct copy of the *Answer to Second Amended Complaint; Affirmative Defenses; and Demand For Jury Trial* (filed on October 24, 2005) on Mark B. Hanson, Attorney for Plaintiff, by serving it on Raena M. Celis, at the Law Office of William M. Fitzgerald, Ground Floor, Macaranas Building, Garapan, Saipan.

Executed this 25th day of October, 2005, on Saipan, Commonwealth of the Northern Mariana Islands.

_____
Judi C. Fujihira