F. MATTHEW SMITH
Law Office of F. Matthew Smith, LLC
2nd Floor, UIU Building
P.O. Box 501127
San Jose, Saipan, MP 96950
Telephone No.: (670) 234-7455/234-7427
Facsimile No.: (670) 234-7256

Attorney for Defendant Jose C. Ayuyu.

FILED
Clerk
District Court

NOV 02 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROMEO P. NACAR,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>JOSE C. AYUYU, MARCIA AYUYU,<br>M & N COMPANY doing business as<br>RURIS APARTMENTS and SUSUPE<br>GARDEN APARTMENTS, and<br>MCDONALD'S RESTAURANTS OF<br>SAIPAN, INC., a CNMI Corporation,<br><br>　　　　　　Defendants. | Case No. CV-05-0005<br><br>**PROOF OF SERVICE** |

Pursuant to 28 USC §1746, I, Shawn M. Davis, hereby declare under penalty of perjury that on the 1st day of November, 2005, at 3:20 p.m., I personally served true and correct copies of the ***Defendant Jose C. Ayuyu's First Set of Interrogatories To Plaintiff*** and ***Defendants' First Request To Produce*** (signed on November 1, 2005) on Mark B. Hanson, Attorney for Plaintiff, by serving it on Raena M. Celis, secretary at the Law Office of Mark B. Hanson, Ground Floor, Macaranas Building, Garapan, Saipan.

Executed this 2nd day of November, 2005, on Saipan, Commonwealth of the Northern Mariana Islands.

_____
Shawn M. Davis