FILED
Clerk
District Court

DEC 22 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

MARK B. HANSON, ESQ.
First Floor, Macaranas Building
Beach Road, Garapan
PMB 738 P.O. Box 10,000
Saipan, Mariana Islands 96950
Telephone: (670) 233-8600
Facsimile: (670) 233-5262

Attorney for Plaintiff Romeo Nacar

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ROMEO P. NACAR,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE C. AYUYU, MARCIA AYUYU, M&N COMPANY, J.C.A. INC., a CNMI corporation, RJ CORPORATION, a CNMI corporation and MCDONALD'S RESTAURANTS OF SAIPAN, INC., a CNMI corporation,<br><br>Defendants. | CASE NO. CV 05-00005<br><br>STIPULATED DISMISSAL WITH PREJUDICE; [proposed] ORDER |

STIPULATION

In accord with an agreement between the parties, and pursuant to Fed. R. Civ. P. 41(a), the parties, by and through their attorneys of record, hereby stipulate to the dismissal of the above-captioned case with prejudice.

DATE: 12-15-2005

_____
MARK B. HANSON
Attorney for Plaintiff

DATE: 12-20-2005

_____
E. MATTHEW SMITH
Attorney for Defendants Jose and Marcia Ayuyu,
RJ Corporation and J.C.A., Inc.

DATE: 12/20/05

BRUCE L. MAILMAN
Attorney for Defendant
McDonald's Restaurants of Saipan, Inc.

ORDER OF DISMISSAL

Pursuant to the above-stipulation by the parties, the Court hereby dismisses the above-captioned proceedings with prejudice.

SO ORDERED.

Date: 12-22-2005

ALEX R. MUNSON
Chief Judge

RECEIVED
DEC 22 2005
Clerk
District Court
For The Northern Mariana Islands